PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
MICHELLE L. SICULA (SBN 160598)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
msicula@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,

Plaintiffs,

v.

BRENTWOOD MOTORS, INC. and BRENTWOOD MOTORS, L.L.C., doing business as BRENTWOOD DODGE CHRYSLER JEEP,

Case No.: C 09-02546 MHP

STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT BRENTWOOD MOTORS, INC.

DATE: September 21, 2009
TIME: 4:00 P.M.
JUDGE: HON. MARILYN H. PATEL
COURTROOM 15
EIGHTEENTH FLOOR
450 Golden Gate Ave
San Francisco, CA 94102

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs hereby voluntarily dismiss defendant Brentwood Motors, Inc., from this action. Dismissal of Brentwood Motors, Inc., is without prejudice.

As evidenced below, all parties who have appeared in this action hereby stipulate to dismissal of Brentwood Motors, Inc., without prejudice.

Dated: September 9, 2009

SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Michelle Sicula
Michelle L. Sicula
Attorneys for Plaintiffs

1

C:\Documents and Settings\cwolf\Local Settings\Temporary Internet Files\Content.Outlook\W91WA9IM\Stip Order dismissing BMI.DOC Case No.: C09-2546 MHP

Dated: September 10, 2009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION

By: _____
Joshua Cliffe
Attorney for Defendant Brentwood Motors LLC

Dated: September 9, 2009

PALMER KAZANJIAN WOHL HODSON, LLP

By: _____
Christopher Wohl
Attorney for Defendant Brentwood Motors, Inc.

9/15/2009

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2