PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
MICHELLE L. SICULA (SBN 160598)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
msicula@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BRENTWOOD MOTORS, INC. and BRENTWOOD MOTORS, L.L.C., doing business as BRENTWOOD DODGE CHRYSLER JEEP, | Case No.: C 09-02546 MHP<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT BRENTWOOD MOTORS, INC.**<br><br>DATE: September 21, 2009<br>TIME: 4:00 P.M.<br>JUDGE: HON. MARILYN H. PATEL<br>COURTROOM 15<br>EIGHTEENTH FLOOR<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiffs hereby voluntarily dismiss defendant Brentwood Motors, Inc., from this action. Dismissal of Brentwood Motors, Inc., is without prejudice.

As evidenced below, all parties who have appeared in this action hereby stipulate to dismissal of Brentwood Motors, Inc., without prejudice.

Dated: September 9, 2009         SALTZMAN & JOHNSON LAW CORPORATION


                                 By: _____/s/ Michelle Sicula_____
                                     Michelle L. Sicula
                                     Attorneys for Plaintiffs

1

| | | |
|---|---|---|
| Dated: | September 10, 2009 | LITTLER MENDELSON<br>A PROFESSIONAL CORPORATION<br><br>By: _____<br>Joshua Cliffe<br>Attorney for Defendant Brentwood Motors LLC |
| Dated: | September 9, 2009 | PALMER KAZANJIAN WOHL HODSON, LLP<br><br>By: _____<br>Christopher Wohl<br>Attorney for Defendant Brentwood Motors, Inc. |

9/15/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2