| | |
|---|---|
| PHILIP M. MILLER (SBN 87877)<br>KRISTEN McCULLOCH (SBN 177558)<br>MICHELLE L. SICULA (SBN 160598)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br>(415) 882-7900<br>(415) 882-9287 – Facsimile<br>pmiller@sjlawcorp.com<br>kmcculloch@sjlawcorp.com<br>msicula@sjlawcorp.com<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BRENTWOOD MOTORS, INC. and BRENTWOOD MOTORS, L.L.C., doing business as BRENTWOOD DODGE CHRYSLER JEEP, | Case No.: C 09-02546 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO A RANDOMLY REASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>DATE:<br><br>TIME:<br><br>JUDGE: HON. MARILYN H. PATEL<br>COURTROOM 15<br>EIGHTEENTH FLOOR<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

The parties request that the Court refer this matter for random reassignment to a new Magistrate Judge for the purpose of conducting a settlement conference by December 15, 2009.

The Court previously referred this matter to Magistrate Judge Jospeh Spero. However, due to the intervening Thanksgiving holiday and Magistrate Judge Spero's assignment as the Criminal Duty Magistrate for the month of December, Magistrate Judge Spero is not able to conduct a settlement conference after November 2, 2009. Magistrate Judge Spero has scheduled a settlement conference for that date and has directed the parties to lodge their settlement conference statements by October 19, 2009, two weeks from today.

1     The parties agree that they cannot complete the discovery necessary to use this settlement
2 conference productively before October 19, 2009 and/or November 2, 2009. Accordingly, the
3 parties request that the Court refer this matter for random reassignment to a new Magistrate Judge
4 to conduct a settlement conference in the first half of December 2009.

5 Dated: October 5, 2009           SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michelle L. Sigula
Attorneys for Plaintiffs

10 Dated: October 5, 2009           LITTLER MENDELSON
                                      A PROFESSIONAL CORPORATION

By: _____
Joshua Cliffe
Attorney for Defendant Brentwood Motors LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 5, 2009           _____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the County of San Francisco, State of California. I am over the age of |
| 3 | eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, |
| 4 | San Francisco, California 94104. |
| 5 | On October __, 2009, I served the following documents on the parties to this action, |
| 6 | addressed as follows, in the manner described below: |
| 7 | **STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO A RANDOMLY REASSIGNED MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| 8 | |
| 9 | XX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared. |
| 10 | |
| 11 | |
| 12 | ___  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below. |
| 13 | ___  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below. |
| 14 | |
| 15 | ___  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below. |
| 16 | *Addressed to:* |
| 17 | |
| 18 | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 19 | declaration was executed on this 5 th day of October 2009, at San Francisco, California. |
| 20 | |
| 21 | _____<br>Elizabeth Skeels |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |